AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

FILED
US DISTRICT COURT
DISTRICT OF WYOMING
2021 JUN 11 PM 3:18
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| WYOMING GUN OWNERS ) ) ) ) ) *Plaintiff(s)* ) v. ) EDWARD BUCHANAN; KAREN WHEELER; KAI ) SCHON; and BRIDGET HILL ) ) ) *Defendant(s)* ) | Civil Action No. 21-CV-108-S |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KAREN WHEELER
Deputy Secretary of State
Secretary of State's Office
Herschler Building East
122 West 25th Street
Suite 100
Cheyenne, WY 82002-0020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:   Seth "Turtle" Johnson (WBA 7-5748)
Slow and Steady Law Office, PLLC
1116 W. Farm Ave.
P.O. Box 1309
Saratoga, WY 82331
(307) 399 – 6060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   06/03/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21 - 0108

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Karen Wheeler - Deputy Secretary of State**
was received by me on *(date)* **6/09/2021**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Cynthia Valdez**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Karen Wheeler Deputy Secretary of State** on *(date)* **6/10/21 @ 10:00 am** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **6/10/21**

*Server's signature*

**Samantha J Brown - Process Server**
*Printed name and title*

**Day + Night Process Services
1805 Warren Ave, Cheyenne, WY 82001**
*Server's address*

Additional information regarding attempted service, etc:

[Signature: Casey Testa]

[Notary stamp: CASEY TESTA - NOTARY PUBLIC, COUNTY OF LARAMIE, STATE OF WYOMING, MY COMMISSION EXPIRES NOV 30, 2024]

My Commission Expires: Nov 30, 2024