AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 JUN 11 PM 3: 18

MARGARET BOTKINS, CLERK
CHEYENNE

WYOMING GUN OWNERS )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 21-CV-108-S
)
EDWARD BUCHANAN; KAREN WHEELER; KAI )
SCHON; and BRIDGET HILL )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KAI SCHON
Elections Division Director
Secretary of State's Office
Herschler Building East
122 West 25th Street
Suite 100
Cheyenne, WY 82002-0020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Seth "Turtle" Johnson (WBA 7-5748)
Slow and Steady Law Office, PLLC
1116 W. Farm Ave.
P.O. Box 1309
Saratoga, WY 82331
(307) 399 – 6060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  06/03/2021

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21 - 0108

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kai Schon - Elections Division Director
was received by me on *(date)* 6/09/2021.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cynthia Valdez, who is designated by law to accept service of process on behalf of *(name of organization)* Kai Schon, Elections Division Director, Sec. of State on *(date)* 16 June 2021: @ 10:02.

☐ I returned the summons unexecuted because _____ : or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 16 June 2021

*Server's signature*

Samantha Q Brown   Process Server
*Printed name and title*

Day & Night Process
1805 Warren Ave Cheyenne, WY 82001
*Server's address*

Additional information regarding attempted service, etc:

[Signature: Casey Testa]

CASEY TESTA - NOTARY PUBLIC
COUNTY OF LARAMIE
STATE OF WYOMING
MY COMMISSION EXPIRES NOV 30, 2024

My Commission Expires: Nov 30, 2024