

**FILED**

2:24 pm, 7/9/21
**U.S. Magistrate Judge**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WYOMING GUN OWNERS, a Wyoming nonprofit corporation,<br><br>   *Plaintiff,*<br><br>     *v.*<br><br>EDWARD BUCHANAN, in his official capacity as Wyoming's Secretary of State; KAREN WHEELER, in her individual and official capacities as Wyoming's Deputy Secretary of State; KAI SCHON, in his individual and official capacities as Election Division Director for the Wyoming Secretary of State; and BRIDGET HILL, in her official capacity as Wyoming Attorney General.<br><br>   *Defendants.* | Civil Action No. 21-CV-108-S<br><br><br>**ORDER GRANTING STIPULATED REQUEST TO WITHDRAW PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION WITH LEAVE TO RE-FILE SAME** |

THIS MATTER came before the Court on the parties' Stipulated Motion for Leave to Withdraw and Re-file Motion for Preliminary Injunction. Having fully reviewed the motion:

1

IT IS HEREBY ORDERED AS FOLLOWS, that the Stipulated Motion is granted.

IT IS FURTHER ORDERED that Plaintiff's pending motion for preliminary injunction will be considered withdrawn, effective today, without prejudice.

IT IS FURTHER ORDERED that Plaintiff is granted leave to re-file its motion for preliminary injunction with supporting documents.

IT IS FURTHER ORDERED that Defendants and Plaintiff will file response and reply briefs for any re-filed motion for preliminary injunction in accordance with the Local Rules.

IT IS FURTHER ORDERED that Defendants' motion to dismiss remains in place and all previously ordered deadlines for that motion remain unchanged.

DATED this 9th day of July, 2021

_____
HON. KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE