

FILED
2:59 pm, 2/10/22
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WYOMING GUN OWNERS, a Wyoming nonprofit corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>EDWARD BUCHANAN, in his official capacity as Wyoming's Secretary of State; KAREN WHEELER, in her individual and official capacities as Wyoming's Deputy Secretary of State; KAI SCHON, in his individual and official capacities as Election Division Director for the Wyoming Secretary of State; and BRIDGET HILL, in her official capacity as Wyoming Attorney General.<br><br>*Defendants*. | Civil Action No. 21-CV-108-S<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER came before the Court on Wyoming Gun Owners's (WyGO's) unopposed Motion for Leave to File an Amended Summary Judgment Brief to comply with the Local Rules. Having fully reviewed the motion:

IT IS HEREBY ORDERED AS FOLLOWS, that the Unopposed Motion is granted.

IT IS FURTHER ORDERED that WyGO will file its Amended Brief in Support of Wyoming Gun Owners' Motion For Summary Judgment (Exhibit A to this motion) as soon as feasible and no later than one business day after the issuance of this Order.

1

IT IS FURTHER ORDERED that the briefing and hearing schedule contained in ECF No. 44 at 4 remains otherwise unchanged.

DATED this 10th day of February, 2022

_____
Kelly H. Rankin
United States Magistrate Judge