FILED



2:58 pm, 3/9/22

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

WYOMING GUN OWNERS,

                          Plaintiff,

vs.                                     Case Number: 21-CV-108-SWS

WYOMING SECRETARY OF STATE, et al.

                          Defendant.

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Mar 9, 2022      Time: 1:20 - 2:40 p.m.

| Scott W. Skavdahl | Kim Blonigen | Megan Strawn | Brenna Fisher |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Jim Peters and Mackenzie Williams

Attorney(s) for Defendant(s)    Seth Johnson and Endel Kolde

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 45 | Summary Judgment | |
| Plaintiff | 47 | Summary Judgment | |

☐ Briefs to be filed on or before          by
                                                          by

☐ Order to be prepared by   ☐ Court   ☐ Attorney

Other:
The Court heard from the parties regarding their respective motions for summary judgment. The Court took the motions under advisement.