IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WYOMING GUN OWNERS,<br><br>Plaintiff,<br><br>vs.<br><br>WYOMING SECRETARY OF STATE, et al.,<br><br>Defendants. | Case No. 21-CV-108-SWS |

## JUDGMENT

This matter comes before the Court following the *Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment and Granting in Part and Denying in Part Plaintiff's Cross-Motion for Summary Judgment*. (ECF No. 57.) On March 21, 2022, the Court granted summary judgment on all claims. With no more issues, claims, or parties, this Court enters final judgment. It is

ORDERED that final judgment is entered in favor of Defendants as to the constitutionality of Wyo. Stat. Ann. § 22-25-101(c)(ii)(B). It is further

ORDERED that final judgment is entered in favor of Plaintiff as to the constitutionality of Wyo. Stat. Ann. § 22-25-106(h).

Dated this 1ST day of April, 2022.

Scott W. Skavdahl
United States District Judge