Brandi Monger # 6-3731
Mackenzie Williams # 6-4250
James Peters # 7-5749
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7886
(307) 777-8920 Facsimile
brandi.monger@wyo.gov
mackenzie.williams@wyo.gov
james.peters@wyo.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| WYOMING GUN OWNERS, | |
| Plaintiff, | |
| v. | Case No. 21-CV-108-SWS |
| WYOMING SECRETARY OF STATE, et al., | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Edward A. Buchanan, Wyoming Secretary of State; Karen Wheeler, Wyoming Deputy Secretary of State; Kai Schon Election Division Director for the Wyoming Secretary of State; and Bridget Hill, Wyoming Attorney General, in their official capacities, appeal to the United States Court of Appeals for the Tenth Circuit from the *Judgment* [ECF No. 60] entered in this action on April 1, 2022.

**DATED** this 29th day of April, 2022.

/s/ James Peters
Brandi Monger # 6-3731
Deputy Attorney General

Mackenzie Williams # 6-4250
James Peters # 7-5749
Senior Assistant Attorneys General

Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7886
brandi.monger@wyo.gov
mackenzie.williams@wyo.gov
james.peters@wyo.gov

*ATTORNEYS FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served this 29th day of April, 2022, by the following means:

| | |
|---|---|
| Seth Johnson<br>Slow and Steady Law Office, PLLC<br>1116 W. Farm Ave.<br>P.O. Box 1309<br>Saratoga, WY 82331<br>(307) 399-6060<br>Turtle@SlowandSteadyLaw.com | VIA CM/ECF |
| Endel Kolde<br>Institute for Free Speech<br>1150 Connecticut Avenue, NW, Suite 801<br>Washington, DC 20036<br>(202) 301-1664<br>dkolde@ifs.org | VIA CM/ECF |
| Stephen R. Klein<br>Barr & Klein PPLC<br>1629 K St. NW, Ste. 300<br>Washington, DC 20006<br>(202) 804-6676<br>steve@barrklein.com | VIA CM/ECF |

*/s/ James Peters*
Office of the Wyoming Attorney General