Endel Kolde (pro hac vice)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, NW, Suite 801
Washington, DC 20036
(202) 301-1664
Facsimile: (202) 301-3399
dkolde@ifs.org

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WYOMING GUN OWNERS, a Wyoming nonprofit corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>EDWARD BUCHANAN, in his official capacity as Wyoming's Secretary of State; KAREN WHEELER, in her individual and official capacities as Wyoming's Deputy Secretary of State; KAI SCHON, in his individual and official capacities as Election Division Director for the Wyoming Secretary of State; and BRIDGET HILL, in her official capacity as Wyoming Attorney General.<br><br>*Defendants*. | Civil Action No. 21-CV-108-S<br><br>**NOTICE OF CROSS-APPEAL** |

In accordance with Fed.R.App.P. 4(a)(3), Plaintiff Wyoming Gun Owners hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment (ECF No. 60) entered on April 1, 2022; the Order on Cross-Motions for Summary Judgment entered on March 21, 2022 (ECF No. 57); and the Order

1

Granting in Part, Denying in Part Defendants' Motion to Dismiss entered on September 17, 2021 (ECF No. 38).

DATED: March 9, 2022.

Respectfully submitted,

| | |
|---|---|
| *s/Endel Kolde* | *s/Seth Johnson* |
| Endel Kolde (pro hac vice) | Seth "Turtle" Johnson (WBA 7-5748) |
| INSTITUTE FOR FREE SPEECH | Slow and Steady Law Office, PLLC |
| 1150 Connecticut Avenue, NW, Suite 801 | 1116 W. Farm Ave. |
| | P.O. Box 1309 |
| Washington, DC 20036 | Saratoga, WY 82331 |
| (202) 301-1664 | (307) 399-6060 |
| Facsimile: (202) 301-3399 | Turtle@SlowandSteadyLaw.com |
| dkolde@ifs.org | |

*s/Stephen Klein*
Stephen Klein (pro hac vice)
BARR & KLEIN PLLC
1629 K St NW Ste. 300
Washington, DC 20006
(202) 804-6676
steve@barrklein.com

*Counsel for Plaintiff*