Brandi Monger # 6-3731
Mackenzie Williams # 6-4250
James Peters # 7-5749
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7886
(307) 777-8920 Facsimile
brandi.monger@wyo.gov
mackenzie.williams@wyo.gov
james.peters@wyo.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| WYOMING GUN OWNERS, <br><br>    Plaintiff, <br><br> v. <br><br> WYOMING SECRETARY OF STATE, et al, <br><br>    Defendants. | Case No. 21-CV-108-SWS |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Defendants and Plaintiff, through the undersigned counsel, respectfully move this Court to dismiss the above-captioned case with prejudice pursuant to Local Rule 41.1(a). This Court previously entered an injunction and judgment on behalf of Plaintiff (Dkt. 57 at 28, Dkt. 60) and that judgment and injunction remains in place. This matter was remanded after an appeal to the Tenth Circuit Court of Appeals (Dkts. 78-1, 78-2).

This motion is made on the grounds that the parties have settled and resolved all remaining claims in the above-referenced matter, including for attorneys' fees and costs. Accordingly, this matter should be dismissed with prejudice, but this Court should maintain jurisdiction to enforce the injunction, if needed.

**DATED** this 8th day of February, 2024.

| | |
|---|---|
| */s/ Endel Kolde* | */s/ James Peters* |
| Endel Kolde | Brandi Monger # 6-3731 |
| Institute for Free Speech | Deputy Attorney General |
| 1150 Connecticut Ave., NW. Ste. 801 | |
| Washington, DC 20036 | Mackenzie Williams # 6-4250 |
| (202) 301-1664 | James Peters, # 7-5749 |
| dkolde@ifs.org | Senior Assistant Attorneys General |
| | |
| */s/ Stephen R. Klein* | Wyoming Attorney General's Office |
| Stephen R. Klein | 109 State Capitol |
| Barr & Klein PLLC | Cheyenne, Wyoming 82002 |
| 1629 K St. NW, Ste. 300 | (307) 777-7886 |
| Washington, DC 20006 | brandi.monger@wyo.gov |
| (202) 804-6676 | mackenzie.williams@wyo.gov |
| steve@barrklein.com | james.peters@wyo.gov |
| | |
| | *Attorneys for Defendants* |
| */s/ Seth "Turtle" Johnson* | |
| Seth "Turtle" Johnson | |
| Slow and Steady Law Office, PLLC | |
| 1116 W. Farm Ave. | |
| P.O. Box 1309 | |
| Saratoga, WY 82331 | |
| (307) 399-6060 | |
| Turtle@SlowandSteadyLaw.com | |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served this 8th day of February, 2024, by the following means:

| | |
|---|---|
| Seth Johnson<br>Slow and Steady Law Office, PLLC<br>1116 W. Farm Ave.<br>P.O. Box 1309<br>Saratoga, WY 82331<br>(307) 399-6060<br>Turtle@SlowandSteadyLaw.com | VIA CM/ECF |
| Endel Kolde<br>Institute for Free Speech<br>1150 Connecticut Avenue, NW, Suite 801<br>Washington, DC 20036<br>(202) 301-1664<br>dkolde@ifs.org | VIA CM/ECF |
| Stephen R. Klein<br>Barr & Klein PPLC<br>1629 K St. NW, Ste. 300<br>Washington, DC 20006<br>(202) 804-6676<br>steve@barrklein.com | VIA CM/ECF |

*/s/ Jessica Curless*
Jessica Curless, Paralegal
Office of the Wyoming Attorney General