UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

WYOMING GUN OWNERS,

    Plaintiff,

v.

WYOMING SECRETARY OF STATE, et al,

    Defendants.

Case No. 21-CV-108-SWS

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the parties' Stipulated Motion for Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 87.) Having fully reviewed the motion:

IT IS HEREBY ORDERED that the injunction ordered by this Court in ECF No. 57 at 28 remains in place and this Court reserves jurisdiction to enforce that injunction in the future, if necessary;

IT IS HEREBY ORDERED that the Stipulated Motion for Dismissal With Prejudice is **GRANTED**, with no further fees or costs owing to any party.

IT IS FURTHER ORDERED that this matter is **DISMISSED WITH PREJUDICE** and will be administratively closed.

DATED this 12th day of February, 2024.

Honorable Scott W. Skavdahl
United States District Judge